JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUSSELL OXFORD MITCHELL, | No. CV 06-3500-CAS (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT AYERS, JR., Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 23, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE